FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JAN 10 P 3:49

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BAYOU FLEET, INC.** | * | CIVIL ACTION |
| VERSUS | * | 00-0086 |
| M/V PENDRAGON, OFFICIAL NUMBER 1060672, HER ENGINES, FURNITURE, TACKLE, ETC., IN REM | * | SECT. S MAG. 1 |
| | * | MAG. |

\* \* \* \* \* \* \* \* \*

### ORDER DIRECTING THE ISSUANCE OF THE WARRANT OF ARREST AND/OR SUMMONS AND DIRECTING THE ISSUANCE OF NOTICE

Pursuant to Rule (C)(3) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, and upon review of the Verified Complaint In Rem to Enforce a Maritime Lien and the supporting documents, it having appeared that the conditions for an action in rem exist:

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to issue a warrant of arrest and/or summons in the above-styled action.

DATE OF ENTRY ___JAN 1 1 2000___

Fee ___
Process ___ Warrant
X ___
___
Doc.No. 2

**IT IS FURTHER ORDERED** that pursuant to Rule (C)(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Local Admiralty Rule 64.1, if the defendant vessel is not released within ten (10) days after the execution of the process the plaintiff shall promptly have a public notice of the action and arrest published in the New Orleans Times-Picayune which shall comply with the provisions of Rule C(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Local Admiralty Rule 64.1.

New Orleans, Louisiana, this 10 day of January, 2000.

_____
UNITED STATES DISTRICT COURT JUDGE