

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BAYOU FLEET, INC. | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0086 |
| M/Y PENDRAGON, OFFICIAL NUMBER 1060672, HER ENGINES, FURNITURE, TACKLE, ETC., IN REM | * * | SECTION " " SECT. S MAG. 1 MAG. |

\* \* \* \* \* \* \* \* \*

## MOTION AND ORDER TO APPOINT SUBSTITUTE CUSTODIAN

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Bayou Fleet, Inc., and upon suggesting to this Honorable Court that it has filed a Verified Complaint In Rem to Enforce a Maritime Lien and to arrest and seize the M/Y Pendragon, Official Number 1060672, her engines, furniture, tackle, etc., and moves this Honorable Court for an order appointing Mr. Devon Durant as the substitute custodian (keeper) of the defendant vessel during the pendency of this action, and permitting said substitute custodian (keeper) to berth the defendant vessel at his boathouse located at 8010 Breakwater Drive, New Orleans, Louisiana 70124. Devon Durant has been contacted by undersigned counsel and he has agreed to act as the substitute custodian (keeper) of the defendant vessel during the pendency of this action. Bayou Fleet, Inc. stipulates that it will indemnify and hold harmless the United States Marshal in connection with said custodianship, any movement of the defendant vessel and the berthing thereof.

DATE OF ENTRY JAN 1 1 2000

Fee____
Process____
X Dktd____
CtRmDep____
Doc.No. 2

Respectfully submitted:

**LAW OFFICE OF J. MAC MORGAN**

*[signature]*

**J. MAC MORGAN (17720)**
P. O. Box 24501
318 Lake Marina Avenue
Suite 217
New Orleans, Louisiana 70184
Telephone: (504) 282-1264

**ATTORNEY FOR PLAINTIFF**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BAYOU FLEET, INC.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO.** |
| **M/Y PENDRAGON, OFFICIAL NUMBER 1060672, HER ENGINES, FURNITURE,** | * | **SECTION " "** |
| **TACKLE, ETC., IN REM** | * | **MAG.** |

\* \* \* \* \* \* \* \* \*

Considering the foregoing motion:

**IT IS HEREBY ORDERED** that Mr. Devon Durant be and he is hereby made the substitute custodian (keeper) of the M/Y Pendragon, Official Number 1060672, her engines, furniture, tackle, etc., during the pendency of this action.

**IT IS FURTHER ORDERED** that the said substitute custodian (keeper) be and he is hereby authorized to berth the defendant vessel at his boathouse located at 8010 Breakwater Drive, New Orleans, Louisiana 70124, during the pendency of this action.

**IT IS FURTHER ORDERED** that after the defendant vessel has been arrested by the United States Marshal that the defendant vessel can be moved to the substitute custodian's (keeper's) boathouse located at 8010 Breakwater Drive, New Orleans, Louisiana 70124.

**IT IS FURTHER ORDERED** that Bayou Fleet, Inc. shall hold harmless and indemnify the United States Marshal in connection with the actions of said substitute custodian (keeper), the custody of the defendant vessel, and the movement and berthing thereof.

New Orleans, Louisiana, this _10_ day of January, 2000.

                                                              _____
                                                              UNITED STATES DISTRICT COURT JUDGE