

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BAYOU FLEET, INC.** | * | CIVIL ACTION |
| VERSUS | * | 00-0086 |
| M/Y PENDRAGON, OFFICIAL NUMBER 1060672, HER ENGINES, FURNITURE, TACKLE, ETC., IN REM | * * | SECTION " " SECT. S MAG. 1 |

\* \* \* \* \* \* \* \* \*

### MOTION AND ORDER TO DEPOSIT $250.00 INTO THE REGISTRY OF THE COURT IN LIEU OF A COST BOND

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Bayou Fleet, Inc., and upon suggesting to this Honorable Court that it has filed a Verified Complaint In Rem to Enforce a Maritime Lien; and, pursuant to Local Admiralty Rule 65.1.1 respectfully requests this Honorable Court to enter an order permitting it to deposit $250.00 into the Registry of the Court in lieu of the filing of a cost bond.

**JAN 1 1 2000**

DATE OF ENTRY _____



Respectfully submitted:

**LAW OFFICE OF J. MAC MORGAN**

_____
**J. MAC MORGAN (17720)**
P. O. Box 24501
318 Lake Marina Avenue
Suite 217
New Orleans, Louisiana 70184
Telephone: (504) 282-1264

**ATTORNEY FOR PLAINTIFF**

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BAYOU FLEET, INC. | * | CIVIL ACTION |
| VERSUS | * | NO. |
| M/Y PENDRAGON, OFFICIAL NUMBER 1060672, HER ENGINES, FURNITURE, | * | SECTION " " |
| TACKLE, ETC., IN REM | * | MAG. |

\* \* \* \* \* \* \* \* \*

## O R D E R

Considering the foregoing:

**IT IS HEREBY ORDERED** that the plaintiff is entitled to deposit $250.00 into the Registry of the Court in lieu of the filing of a cost bond.

New Orleans, Louisiana, this /0 day of January, 2000.

_____
UNITED STATES DISTRICT COURT JUDGE

3