FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB -4  P 1:24

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
FALLON, J.
February 3, 2000

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BAYOU FLEET, INC. | * | CIVIL ACTION |
| VERSUS | * | NO. 00-86 |
| PENDRAGON M/V | * | SECTION "L" 5 |

A status conference was held this date at 11:00 a.m. in the chambers of Judge Eldon E. Fallon. In attendance were J. Mac Morgan for the plaintiff and Phillip A. Franco for the claimant, Don W. Durant, Jr.

IT IS ORDERED that the claimant's motion for release of the vessel from arrest is DENIED as MOOT, and claimant's motion to vacate the order appointing substitute custodian is GRANTED.

IT IS FURTHER ORDERED that the plaintiff has 20 days to amend its complaint.

IT IS FURTHER ORDERED that the plaintiff has 5 days to submit a motion and order to the Court to substitute custodian of the vessel.

DATE OF ENTRY    FEB 0 4 2000

Fee_____
Process____
Dktd_____
CtRmDep____
Doc.No.____