

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BAYOU FLEET, INC.                                    CIVIL ACTION

VERSUS                                               NO. 00-0086

PENDRAGON MV                                         SECTION "S"

ORDER

A relative of the judge within the third degree represents the plaintiff herein in an environmental matter. It is the custom of members of this court to recuse under these circumstances. I hereby recuse myself in the matter and order that the case and all related cases be reallotted.

New Orleans, Louisiana this 3rd day of February, 2000.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

FEB 03 2000

REALLOTTED TO:
SECT. L

DATE OF ENTRY FEB 10 2000