

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB -7 P 2: 36

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BAYOU FLEET, INC.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 00-0086** |
| **M/Y PENDRAGON, OFFICIAL NUMBER 1060672, HER ENGINES, FURNITURE, TACKLE, ETC., IN REM** | * | **SECTION "L"** |
| | * | **MAG. 1** |

\*   \*   \*   \*   \*   \*   \*   \*   \*

### UNOPPOSED MOTION FOR ENTRY OF ORDER ON APPOINTMENT OF SUBSTITUTE CUSTODIAN

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Bayou Fleet, Inc., and upon suggesting to this Honorable Court that the plaintiff and the claimants, Don Durant and Robin Durant, have reached an agreement on the appointment of a substitute custodian (keeper) for the defendant vessel during the pendency of this action, and they desire that this Honorable Court enter the attached order which sets forth that agreement. Undersigned counsel certifies that he has provided a copy of this motion and order to counsel for claimants and they have no opposition to the motion and have approved the provisions set forth in the order.



DATE OF ENTRY FEB 14 2000



Respectfully submitted:

**LAW OFFICE OF J. MAC MORGAN**

*[signature]*

**J. MAC MORGAN (17720)**
P. O. Box 24501
318 Lake Marina Avenue
Suite 217
New Orleans, Louisiana 70184
Telephone: (504) 282-1264

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing pleading has been served on all known counsel of record by depositing the same in the United States mail, postage prepaid and properly addressed, on this 4th day of February, 2000.

*[signature]*
J. MAC MORGAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BAYOU FLEET, INC.** | * | CIVIL ACTION |
| **VERSUS** | * | NO. 00-0086 |
| **M/Y PENDRAGON, OFFICIAL NUMBER 1060672, HER ENGINES, FURNITURE, TACKLE, ETC., IN REM** | * * | SECTION "L" MAG. 1 |

\* \* \* \* \* \* \* \* \*

O R D E R

Considering the foregoing unopposed motion:

**IT IS HEREBY ORDERED** that Mr. Devon Durant shall continue to be the substitute custodian (keeper) of the defendant vessel, the M/Y Pendragon, Official Number 1060672, her engines, furniture, tackle, etc., during the pendency of this action.

**IT IS FURTHER ORDERED** that the said substitute custodian (keeper) be and he is hereby authorized to continue to berth the defendant vessel at his boathouse located at 8010 Breakwater Drive, New Orleans, Louisiana 70124, during the pendency of this action.

**IT IS FURTHER ORDERED** that the said substitute custodian's (keeper's) services and berth shall be at no charge to the defendant vessel or to the claimant owners or to the plaintiff.

**IT IS FURTHER ORDERED** that claimant, Don Durant, shall be provided a key to the door of the boathouse located at 8010 Breakwater Drive, New Orleans, Louisiana 70124, so that he can have access to the defendant vessel during the pendency of this action.

**IT IS FURTHER ORDERED** that the claimant, Don Durant, shall not make any copies of the aforesaid door key and at the conclusion of this action he shall return the aforesaid door key to Devon Durant.

**IT IS FURTHER ORDERED** that claimant, Don Durant, shall be entitled to daily access to the defendant vessel during the pendency of this action.

**IT IS FURTHER ORDERED** that claimant, Don Durant, shall be entitled to immediately remove his personal tools from the defendant vessel.

**IT IS FURTHER ORDERED** that no one is allowed to remove any other items from the defendant vessel during the pendency of this action without all parties prior consent.

**IT IS FURTHER ORDERED** that claimant, Don Durant, shall be entitled to start the engines on the defendant vessel and perform necessary maintenance on the defendant vessel during the pendency of this action, at no charge to the defendant vessel or to the claimant owners or to the plaintiff or to the substitute custodian (keeper).

New Orleans, Louisiana, this 9TH day of February, 2000.

_____
UNITED STATES DISTRICT COURT JUDGE