FILED
U.S. DISTRICT COURT
EAST[...]

2000 FEB 23  P 3: 38

LORETTA G. WHYTE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BAYOU FLEET, INC. | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0086 |
| M/Y PENDRAGON, OFFICIAL NUMBER 1060672, HER ENGINES, FURNITURE, TACKLE, ETC., IN REM | * * | SECTION "L" MAG. 1 |

\* \* \* \* \* \* \* \* \*

**MOTION AND ORDER TO DEPOSIT $250.00 INTO
THE REGISTRY OF THE COURT IN LIEU OF A COST BOND**

NOW INTO COURT, through undersigned counsel, comes cross-claimant, Robin Durant, and upon suggesting to this Honorable Court that he has filed a Verified In Rem Cross-Claim for Partition of the M/Y Pendragon; and, pursuant to Local Admiralty Rule 65.1.1 respectfully requests this Honorable Court to enter an order permitting him to deposit $250.00 into the Registry of the Court in lieu of the filing of a cost bond.

FEB 25 2000

DATE OF ENTRY_____

Fee 250.00
Process____
X Dktd____
CtRmDep____
Doc.No.____

Respectfully submitted:

CHEHARDY, SHERMAN, ELLIS,
BRESLIN & MURRAY

_____
JULIAN R. MURRAY, JR. (7526)
One Galleria Boulevard
Suite 1100
Metairie, Louisiana 70001
Telephone: (504) 833-5600

ATTORNEY FOR ROBIN B. DURANT

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served on all known counsel of record by depositing the same in the United States mail, postage prepaid and properly addressed, on this 23d day of February, 2000.

_____
JULIAN R. MURRAY, JR.

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BAYOU FLEET, INC. | * | CIVIL ACTION |
| VERSUS | * | NO. |
| M/Y PENDRAGON, OFFICIAL NUMBER 1060672, HER ENGINES, FURNITURE, | * | SECTION " " |
| TACKLE, ETC., IN REM | * | MAG. |

\* \* \* \* \* \* \* \* \*

O R D E R

Considering the foregoing:

**IT IS HEREBY ORDERED** that cross-claimant, Robin Durant, is entitled to deposit $250.00 into the Registry of the Court in lieu of the filing of a cost bond.

New Orleans, Louisiana, this 23 day of February, 2000.

_____
UNITED STATES DISTRICT COURT JUDGE

3