

**MINUTE ENTRY**
**SHUSHAN, M.J.**
**APRIL 27, 2000**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BAYOU FLEET, INC.** | CIVIL ACTION |
| versus | NUMBER 00-0086 |
| **MV PENDRAGON, ETC., ET AL.** | SECTION "L" (1) |

A further settlement conference will be held before the undersigned magistrate judge on Thursday, May 18, 2000 at 1:00 p.m. in Room B-345, 501 Magazine Street, New Orleans, Louisiana.

Robert Durant, Ken Toups and Donald Durant are to personally attend the conference.

_____
SALLY SHUSHAN
United States Magistrate Judge

DATE OF ENTRY
APR 27 2000

___Fee_____
___Process__
X /Dktd_____
✓ /CtRmDep__
___Doc.No.__