

**MINUTE ENTRY**
**FALLON, J.**
**JUNE 19, 2000**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BAYOU FLEET, INC., ET AL | * | CIVIL ACTION |
| VERSUS | * | NUMBER 00-0086 |
| M/Y PENDRAGON, ET AL. | * | SECTION "L" (1) |

　　The Court is in receipt of the request of claimant Donal W. Durant, Jr. for oral argument on his motion for interlocutory sale of vessel, which is currently set to be heard on Wednesday, June 21, 2000 at 9:00 a.m. Claimant's request of oral argument is GRANTED. The Court will hear the motion for interlocutory sale of vessel on Wednesday, June 21, 2000 at 8:30 a.m. with oral argument.

DATE OF ENTRY
JUN 2 0 2000

