

**MINUTE ENTRY**
**SHUSHAN, M.J.**
**JUNE 21, 2000**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BAYOU FLEET, INC. | CIVIL ACTION |
| versus | NUMBER  00-0086 |
| MY PENDRAGON, ETC., ET AL. | SECTION "L" (1) |

      Following discussions among the parties, the above-captioned case has settled. The U.S. District Judge's chambers have been notified. Counsel and the parties are thanked for their cooperation in amicably resolving this matter.

_____
SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
JUN 2 2 2000

___Fee_____
___Process__
X /Dktd_____
___CtRmDep__
Doc.No._____