

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BAYOU FLEET, INC., ET AL | * | CIVIL ACTION |
| VERSUS | * | NUMBER 00-0086 |
| M/Y PENDRAGON, ET AL. | * | SECTION "L" (1) |

### ORDER

The parties to the above captioned matter have notified the Court that a settlement agreement has been reached. Plaintiff has requested in writing that the M/Y PENDRAGON be released immediately and agreed to hold the Marshal harmless from any liability arising therefrom. The Court finds that the release of the vessel is appropriate. Accordingly, IT IS ORDERED that the United States Marshal release the defendant vessel pursuant to Local Admiralty Rule 64.2 and Rule E(5)(c) of the Supplemental Rules for Certain Admiralty and Maritime Claims.

Done this ___ day of June, 2000,
New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JUN 2 6 2000

___ Fee ___
___ Process ___
X  Dktd
___ CtRmDep
___ Doc No. ___