


# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BAYOU FLEET, INC., ET AL** | * | CIVIL ACTION |
| **VERSUS** | * | NUMBER 00-0086 |
| **M/Y PENDRAGON, ET AL.** | * | SECTION "L" (1) |

## ORDER

The Court being advised by the parties to the above captioned matter that the case has been settled, IT IS ORDERED that the Clerk of Court is directed to refund to the plaintiff Bayou Fleet, Inc., its cash deposit for security of costs in the amount of TWO HUNDRED AND FIFTY AND NO/100 ($250.00) DOLLARS.

Done this 22 day of June, 2000,
New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JUN 2 9 2000

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc.No. 32