



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUN 29 P 1: 39

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BAYOU FLEET, INC.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 00-0086** |
| **M/Y PENDRAGON, OFFICIAL NUMBER** | * | **SECTION "L"** |
| **1060672, HER ENGINES, FURNITURE,** | | |
| **TACKLE, ETC., IN REM** | * | **MAG. 1** |

\*    \*    \*    \*    \*    \*    \*    \*    \*

### JOINT MOTION TO DISMISS

**NOW INTO COURT,** through undersigned counsel, comes plaintiff, Bayou Fleet, Inc.,

cross-claimant, Robin B. Durant, and cross-claimant, Don W. Durant, Jr., who show that this

action has been compromised and settled in full, and that they desire the Court to enter an order

dismissing this action with full prejudice, each party to bear their own costs and fees.

```
DATE OF ENTRY
JUL 6   2000
```



Fee_____
Process____
X /Dktd____
/ CtRmDep___
Doc.No.____

Respectfully submitted:

**LAW OFFICE OF J. MAC MORGAN**


_____
J. MAC MORGAN (17720)
P. O. Box 24501
318 Lake Marina Avenue
Suite 217
New Orleans, Louisiana 70184
Telephone: (504) 282-1264

**ATTORNEY FOR BAYOU FLEET, INC.**


Respectfully submitted:

**CHEHARDY, SHERMAN, ELLIS,
BRESLIN & MURRAY**


_____
JULIAN R. MURRAY, JR. (7526)
One Galleria Boulevard
Suite 1100
Metairie, Louisiana 70001
Telephone: (504) 833-5600

**ATTORNEY FOR ROBIN B. DURANT**


(Signature Lines Continued on Next Page)

Respectfully submitted:

**ADAMS and REESE, L.L.P.**


PHILIP A. FRANCO (5819)
4500 One Shell Square
New Orleans, Louisiana 70139
Telephone: (504) 581-3234

**ATTORNEY FOR DON W. DURANT, JR.**


**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing pleading has been served on all

known counsel of record by depositing the same in the United States mail, postage prepaid and

properly addressed, on this 27th day of June , 2000.


J. MAC MORGAN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BAYOU FLEET, INC. | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0086 |
| M/Y PENDRAGON, OFFICIAL NUMBER | * | SECTION "L" |
| 1060672, HER ENGINES, FURNITURE, | | |
| TACKLE, ETC., IN REM | * | MAG. 1 |

\* \* \* \* \* \* \* \* \*

## O R D E R

Considering the foregoing:

**IT IS HEREBY ORDERED** that all claims of all parties in this action are dismissed with

full prejudice, each party to bear their own costs and fees.

New Orleans, Louisiana, this 30TH day of JUNE, 2000.

_____
UNITED STATES DISTRICT COURT JUDGE

4